```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

FLOWERS BY MY SISTER AND ME,                CIVIL ACTION
L.L.C.

VERSUS                                      NO: 06-9246

ZURICH AMERICAN INSURANCE                   SECTION: "J"(4)
COMPANY, ET AL
```

## ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant Maryland Casualty Company's **Motion for Partial Summary Judgment (Rec. Doc. 20)**, set for hearing on August 6, 2008 was submitted timely.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant Maryland Casualty Company's **Motion for Partial Summary Judgment (Rec. Doc. 20) is GRANTED** and that the claims of Plaintiff, a business entity, for mental anguish damages are dismissed with prejudice at Plaintiff's

costs.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 5th day of August, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE